396 A.2d 835

Kotar et ux., Appellants, v. Alva Allen Industries et al.

Argued October 24, 1978.   Irving M. Portnoy, for appellants;  W. D. Phillips, for appellee, Alva Allen Industries.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Order affirmed.

396 A.2d 835

Lazor, Appellant, v. Honeywell Information Systems, Inc., et al.

October 26, 1978.   John Paul Lazor, appellant, in propria persona;  Gary H. McQuone, for appellees.

Before PRICE, HESTER and LIPEZ, JJ.

Order affirmed.